# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JOHNNY MURRAY | CIVIL ACTION NO. 08-1733 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

Before the Court is Plaintiff Johnny Murray's civil rights complaint.

On March 9, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 8], in which she recommends dismissing the complaint as frivolous and for failing to state a claim for which relief might be granted. The Court ADOPTS the Report and Recommendation, except for the analysis regarding whether Defendant "Dr. John Doe" is a state actor.

On April 7, 2009, Magistrate Judge Hayes issued a supplemental Report and Recommendation [Doc. No. 10], which this Court ADOPTS. In the supplemental Report and Recommendation, Magistrate Judge Hayes assumes that Defendant "Dr. John Doe" is a state actor and recommends dismissing the claims against him as frivolous and failing to state a claim for which relief might be granted.

MONROE, LOUISIANA, this 24th day of April, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE