# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| JOHNNY MURRAY | CIVIL ACTION NO. 08-1733 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Reports and Recommendations [Doc. Nos. 8 & 10] of the Magistrate Judge previously filed herein, to the extent ADOPTED, and for the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief might be granted pursuant to 28 U.S.C. §§1915 and 1915A.

MONROE, LOUISIANA, this 24th day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE